[No. 5771–2–III.   Division Three.   April 26, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD LEE BRADFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 4506, Albert J. Yencopal, J., entered

March 16, 1983. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.